PRATA & DALEY LLP
Todd A. Daley (Bar No. 168742)
tdaley@pratadaley.com
515 South Figueroa Street
Suite 1515
Los Angeles, California 90071
(213) 622-5600
Facsimile (213) 622-5623

Attorneys for Plaintiff in Limitation
REDONDO SPECIAL, LLC, as owners
of the Vessel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter Of The Complaint Of | IN ADMIRALTY |
| REDONDO SPECIAL, LLC, as Owners Of The 65-foot, 1957 M/V "REDONDO SPECIAL" | Case No.:  2:22-CV-3804 |
| For Exoneration From or Limitation of Liability. | COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY |
| | [46 U.S.C. § 30501 *et seq.*; and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions] |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT

COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

The Complaint of REDONDO SPECIAL, LLC, as owners of the 65-foot, 1957 Motor Vessel REDONDO SPECIAL, U.S. Coast Guard Official No. 271529, and her engines, equipment, tackle, apparel, appurtenances, etc., which was and now is duly documented under the laws of the United States of America, in an action for exoneration from or limitation of liability, civil and maritime, alleges as follows:

///

///

1

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

PRATA & DALEY LLP
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX  (213) 622-5623

PRATA & DALEY LLP
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX: (213) 622-5623

<u>JURISDICTION</u>

1. This action is brought pursuant to 46 U.S.C. §30501 *et seq.,* the Shipowners' Limitation of Liability Act ("LOLA"), for exoneration from or limitation of liability, and this Court has original federal question jurisdiction under 28 U.S.C. §1333. This action is an admiralty and maritime claim within the meaning of Rules 9(h) and 38(e) of the Federal Rules of Civil Procedure, and Rule F, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), and is within the original admiralty jurisdiction of this Court pursuant to 28 U.S.C. § 1333.

<u>PARTIES</u>

2. At all times hereinafter mentioned, Plaintiff in Limitation, Redondo Special, LLC, is and at all times relevant hereto was a corporation with its principal office and place of business in Los Angeles County, California, and is and at all times relevant hereto was the owner of the M/V REDONDO SPECIAL within the meaning of 46 U.S.C. § 30501 *et seq.*, and Supplemental Rule F.

3. The M/V REDONDO SPECIAL is a 1957 Motor Vessel duly documented under the laws of the United States of America, U.S. Coast Guard Official No. 271529, of approximately 65 feet in length. See **Exhibit 1**.

<u>VENUE</u>

4. Venue is proper in this District under Supplemental Rule F(9) because the M/V REDONDO SPECIAL is located within this District, and is also within the district in which the owner has been put on notice of a claim for which Plaintiff in Limitation seeks to limit liability.

<u>GENERAL ALLEGATIONS UNDER THE LOLA</u>

5. Prior to and at all times hereinafter described, Plaintiff in Limitation exercised due diligence to make the M/V REDONDO SPECIAL seaworthy in all respects, and at all times hereinafter described the M/V REDONDO SPECIAL was, in fact, properly equipped, supplied, crewed, and in

2

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

all respects seaworthy, and was fit and proper for the service in which the M/V REDONDO SPECIAL was engaged in at the time of the incident referenced below, to wit, a fishing charter being conducted in the Santa Monica Bay bight of the Pacific Ocean.

6.      Plaintiff in Limitation is informed and believes, and thereon alleges, that BRIANA BRITTAIN ("Brittain") was, at all times relevant to this action, an individual residing within the State of California.  Plaintiff in Limitation is further informed and believes, and thereon alleges, that Briana Brittain alleges she was injured on June 8, 2021, while onboard the M/V REDONDO SPECIAL, during a fishing charter in or about the Santa Monica Bay (hereinafter the "Incident"), Pacific Ocean, further facts of which are set forth below.

7.      As of the date of the incident, the M/V REDONDO SPECIAL had no known liens, claims or other demands on it, prior or paramount to, those which may have occurred by reason of the Incident.

8.      The M/V REDONDO SPECIAL was operated and maintained by employees of Plaintiff in Limitation, and other parties were involved in the daily maintenance and operation of the Vessel.

9.      Except as to Brittain, Plaintiff in Limitation is unaware of the identity of any other individuals and/or entities who may be or are entitled to claim an interest in the M/V REDONDO SPECIAL with respect to the Incident. Plaintiff in Limitation reserves the right to amend its complaint if further individuals and/or entities are discovered.

10.     On or about June 8, 2021, the M/V REDONDO SPECIAL was operating in the Santa Monica Bay area of the Pacific Ocean.  Any and all movements of the M/V REDONDO SPECIAL on the day of the incident, to the extent said movements constituted a voyage, commenced on navigable waters off the coast of Redondo Beach, California, and were intended to begin and end, and did begin and end, on the navigable waters of Los Angeles County, which lies

PRATA & DALEY LLP
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX: (213) 622-5623

3

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

within this District.

11.  On June 8, 2021, Brittain boarded the M/V REDONDO SPECIAL for a regularly scheduled fishing charter in the Santa Monica Bay. Brittain alleges the operator of the vessel was generally negligent by allowing claimant to become sea sick while on the vessel, which allegedly caused Brittain to fall and sustain facial lacerations.

12.  On March 30, 2022, Brittain, through counsel, made a policy limits claim on the marine insurer of the M/V REDONDO SPECIAL, alleging personal injuries as a result of the Incident.

13.  On information and belief, as of the date of the filing of this Complaint for Exoneration from or Limitation of Liability, no lawsuit has been filed by any person or entity related to the Incident.

14.  Brittain's March 30, 2022, policy limit's claim letter alleges damages in an amount in excess of the value of the M/V REDONDO SPECIAL.

15.  The aforesaid Incident and all or any consequent alleged damages occurred without the privity or knowledge of the Plaintiff in Limitation.

16.  Plaintiff in Limitation claims exemption from liability for the injuries and damages allegedly resulting from the incident and for the claims for losses, damages and injuries that have been or hereafter may be made, and Plaintiff in Limitation alleges it has valid defenses thereto on the facts and law. Plaintiff in Limitation further claims the benefit of limitation of liabilities provided in the provisions of 46 U.S.C. §§ 30501 *et seq.*, inclusive, and to that end, plaintiff is willing to proceed according to law and pursuant to the rules and practices of the Supreme Court and of this Honorable Court, and desires to be completely exonerated from any and all such claims and, if not exonerated, in the alternative to limit its lability, if any, for any and all said claims, to all claimants, to a maximum liability equivalent to Plaintiff in Limitation's interest in the M/V REDONDO SPECIAL immediately following the incident.

PRATA & DALEY LLP
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX: (213) 622-5623

4

17.     Plaintiff in Limitation desires to invoke the benefits of exoneration from or limitation of liability as provided by 46 U.S.C. § 30501 *et seq.*, and in the same proceeding Plaintiff in Limitation desires to contest its liability and the liability of the M/V REDONDO SPECIAL for any alleged loss or damages arising out of the aforesaid Incident.

18.     As set forth in the certified marine surveyor Declaration of George Malhiot, Sr. Marine Surveyor, attached as **Exhibit 2**, Attesting to the Fair Market Value of the M/V REDONDO SPECIAL at the end of the voyage on June 8, 2021, Plaintiff in Limitation's interest in the M/V REDONDO SPECIAL after the alleged incident was no more than $125,000.

19.     At the time of the incident, the M/V REDONDO SPECIAL carried no earned or pending freight.

20.     No written notice of claim seeking damages in excess of the value of the M/V REDONDO SPECIAL was given to any plaintiff by any claimant at any time more than six months prior to the filing of this Complaint.

21.     Plaintiff in Limitation, as owner of the M/V REDONDO SPECIAL, seeks exoneration from or limitation of liability for any and all losses, damages, injuries, or other claims in any way relating to the incident on or about June 8, 2021, and Plaintiff in Limitation further claims the benefit of limitation of liability as provided for in 46 U.S.C. § 30501 *et seq.*, and specifically under the provisions of 46 U.S.C. § 30505.

22.     Plaintiff in Limitation is ready, willing and able to provide, and hereby does provide, a stipulation for value, and after approval from the Court, to tender a stipulation with sufficient surety for value and interest in the form of a Letter of Undertaking from its insurer or other security as approved by the Court in accordance with Supplemental Rule F(1), and U.S. Dist. Ct., Central District Local Admiralty Rules, Rule F.1(RF-F.1.).

///

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

PRATA & DALEY LLP
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX: (213) 622-5623

23.     All and singular, the premises are true and within the admiralty and maritime jurisdiction of the United States of America and of this Honorable Court.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff in Limitation prays:

1.     That this Court accept the Declaration of George Malhiot, Sr. Marine Surveyor, Attesting to the Fair Market Value of the M/V REDONDO SPECIAL at the conclusion of the voyage, at the time of incident;

2.     That this Court enter orders as appropriate and required by law and the Federal Rules of Civil Procedure, including Rule F(1), F(3) and F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

3.     That this Court approve the security offered by Plaintiff in Limitation pursuant to Rule F(1), F(3) and F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

4.     That this Court adjudge that Plaintiff in Limitation and the M/V REDONDO SPECIAL are not liable to any extent for any injury, loss or damage or for any claims whatsoever in any way arising out of or in consequence of the aforementioned incident;

5.     That if Plaintiff in Limitation shall be adjudged liable, for an order that such liability be limited to the value of the M/V REDONDO SPECIAL at the conclusion of the voyage, or less, and only if said vessel contributed to the incident, that the monies paid, surrendered or secured to be paid as aforementioned, be divided *pro rata* among such claimants as may fully prove their claims, saving to all parties any priorities to which they may be legally entitled, and that a decree be entered discharging Plaintiff in Limitation and the M/V REDONDO SPECIAL from any and all further liability; and that all

PRATA & DALEY LLP
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX: (213) 622-5623

6

1  persons, firms or corporations who fail to file a claim in this
2  proceeding are to be declared in default and forever barred from
3  making any claim for such loss, damage or injury in this proceeding,
4  or in any other proceeding; and

5  6.  That any claims of Briana Brittain, which may be filed herein, be
6  dismissed with prejudice as to Plaintiff in Limitation with all costs to
7  Plaintiff in Limitation;

8  7.  For such other and further relief as the Court may deem just and
9  proper.

10
11  DATED:  June 3, 2022

12  PRATA & DALEY LLP

13
14  By_____/s/ *Todd A. Daley*_____
15  Todd A. Daley
   Attorneys for Plaintiff in Limitation
16  REDONDO SPECIAL, LLC, as owners
   of the Vessel

17
18
19
20
21
22
23
24
25
26
27
28

*PRATA & DALEY LLP*
515 SOUTH FIGUEROA STREET, SUITE 1515
LOS ANGELES, CALIFORNIA 90071
(213) 622-5600   FAX: (213) 622-5623

7

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY